1
2
3
4 **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
5
6
7

8 | REVEREND EARL BILL, | No. C-03-04091 SBA

9 |     Plaintiff, | STIPULATION AND
ORDER SELECTING ADR,
10 | v. | ADR CERTIFICATION

11 | BERKELEY UNIFIED SCHOOL DISTRICT,

12 |     Defendant.
13 | _____/

14     The parties stipulate to participate in the following ADR process:

15 Court Processes:

16     /_/ Arbitration          /_/ ENE          /**X**/ Mediation

17 (*To provide additional information regarding timing of session, preferred subject matter expertise of neutral, or other issues, please attach a separate sheet.*)

18 Private Process:

19     /_/ Private ADR (*please identify process and provider*)

20
21 _____
22 _____
23

24 Dated: December 2, 2004          */s/ Dorothy D. Guillory*

25                                 _____
                                    Dorothy D. Guillory
26                                 Attorney for Plaintiff  Reverend Earl Bill

27

28     **STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

1
2  Dated: February 2, 2005                    SKINNER & HAGOPIAN, LLP
3
4                                             By: */s/ Jeffrey A. Skinner*
                                              _____
5                                             Jeffrey A. Skinner
                                              Attorney for Defendant
6                                             Berkeley Unified School District
7
8  IT IS SO ORDERED:
   
   [SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Saundra B. Armstrong]
9
10 Dated:  8-22-05                            _____
                                              UNITED STATES DISTRICT JUDGE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28       **STIPULATION AND ORDER SELECTING ADR PROCESS/ADR CERTIFICATION**

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

*Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site ,<www.adr.cand.uscourts.gov.>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.*

*(Note: This Certification must be signed by each party and its counsel. For e-filers, please consult General Order 45, Section X regarding signatures.)*

Dated:  December 2, 2004           */s/ Reverend Earl Bill*
                                   _____
                                   Reverend Earl Bill

Dated: December 2, 2004            */s/ Dorothy D. Guillory*
                                   _____
                                   Dorothy D. Guillory
                                   Attorney for Plaintiff Reverend Earl Bill

Dated: February 2, 2005            BERKELEY UNIFIED SCHOOL
                                   DISTRICT


                                   By: */s/ Tina E. Brier*
                                   _____
                                   Tina E. Brier


Dated: February 2, 2005            SKINNER & HAGOPIAN, LLP

                                   By: */s/ Jeffrey A. Skinner*
                                   _____
                                   Jeffrey A. Skinner
                                   Attorney for Defendant
                                   Berkeley Unified School District