1  DOROTHY D. GUILLORY
   Attorney at Law, CSBN 114891
2  1271 Washington Avenue, PMB 380
   San Leandro, CA 94577
3  Telephone: (510) 639-2959
   Fax: (510) 639-2961 or (510) 568-4207
4
   Attorney for Plaintiff
5  REVEREND EARL BILL

6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9

10 REVEREND EARL BILL,                 )   **CASE NO. C 03 4091 BZ**
                                       )
11        Plaintiff,                   )   **[PROPOSED] ORDER RE CASE**
                                       )   **SCHEDULE**
12        vs.                          )
                                       )
13 BERKELEY UNIFIED SCHOOL DISTRICT,   )
                                       )
14        Defendants.                  )
                                       )
15 _____)

16        Plaintiff Rev. Earl Bill and defendant Berkeley Unified School District have stipulated to

17 certain dates regarding the schedule of this case. Because the Court finds good cause exists for

18 the stipulated changes, the Court VACATES the Order Scheduling Jury Trial and Pretrial

19 Matters, filed on October 24, 2005, and now adopts the following schedule:

20        1.    Tuesday, January 31, 2006, shall be the last day for non-expert discovery;

21        2.    Wednesday, March 15, 2006, shall be the last to hear dispositive motions;

22        3.    Friday, February 17, 2006, shall be the last day for expert discovery;

23        4.    Friday, February 10, 2006, shall be the last day for expert disclosure;

24        5.    Tuesday, April 18, 2006 shall be the date of the pretrial conference;

25        6.    Monday, May 8, 2006, shall be the trial date.

26

[Proposed] Order re Case Schedule
                                              -1-

1    PURSUANT TO STIPULATION IT IS SO ORDERED

4    DATED: January 20, 2006



_____
Hon. B
United
Judge Bernard Zimmerman

6    Trial continued to July 31, 2006.
     Pretrial Conference is July 18,
7    2006 at 4:00 p.m.

[Proposed] Order re Case Schedule

-2-