**SKINNER & HAGOPIAN, LLP**

JEFFREY A. SKINNER
JSKINNER@SH-LAW.NET

FILED
FEB 0 8 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATTORNEYS AT LAW

601 MONTGOMERY STREET
SUITE 1150
SAN FRANCISCO, CA 94111

TELEPHONE
(415) 391-4200
FACSIMILE
(415) 989-4739

February 6, 2006

Chief Magistrate Judge James Larson
United States District Court
Northern District, San Francisco Division
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

**ATTN: Venise Thomas**

Re:   **Reverend Earl Bill v. BUSD**
      **USDC Case No. C 03 4091 BZ**

SO ORDERED

JAMES LARSON
U.S. MAGISTRATE JUDGE

Dear Judge Larson,

The parties in the above-entitled matter request that the settlement conference presently scheduled for Tuesday, February 14, 2006 at 10:00 a.m. in your department be continued to a new date. Due to the illness of plaintiff's attorney's husband, the trial in this case has been continued to July 28, 2006. We request a settlement conference with you for a mutually convenient date in late May 2006.

Thank you for your attention to this request.

Respectfully submitted,

SKINNER & HAGOPIAN LLP

By: Jeffrey A. Skinner

JAS:cmd

cc: Dorothy D. Guillory, Esq.