UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REVEREND EARL BILL, | ) | |
| Plaintiff(s), | ) | No. C 03-4091 BZ |
| v. | ) | |
| | ) | **ORDER OF CONDITIONAL** |
| BERKELEY UNIFIED SCHOOLS, | ) | **DISMISSAL** |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within 60 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: June 20, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\ARCHIVE\BZCASES.3\BILL\COND.DISM.ORD.wpd

1